FILED
CLERK, U.S. DISTRICT COURT
APR 2 8 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7
8
9
10
11
12

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 14-MJ- 836-Duty |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
|  | ) Allegations of Violations of Probation |
| Sebastian Taraya-Trujillo | ) Supervised Release) |
|  | ) Conditions of Release) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  (✓)  the safety of any person or the community.

//
//


The court concludes:

A.  (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will not pose a danger to any other person or the community._

(B)  (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will not flee_

IT IS ORDERED that defendant be detained.

DATED: 4-28-2014

_[signature]_

~~HONORABLE JAY C. GANDHI~~
UNITED STATES MAGISTRATE JUDGE

JOHN E. McDERMOTT